# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| TYSON LAYCOOK, | Case No. 1:18-cv-01263-LJO-SAB |
|---|---|
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING OF FEES OR COSTS WITHOUT PREJUDICE AND REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION |
| v. | |
| COUNTY OF FRESNO, et al., | |
| Defendants. | |
| | (ECF No. 4) |
| | TWENTY DAY DEADLINE |

Plaintiff Tyson Laycook ("Plaintiff"), appearing pro se in this action, filed the complaint in this action on September 14, 2018. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Plaintiff's application was not adequately completed. Plaintiff indicated that he receives disability but did not answer the questions asking if he received gifts or inheritances or money from any other source. Further, Plaintiff stated his daughter is dependent on him for her support but did not indicate how much he contributes to her support. An order was filed on September 18, 2018, denying Plaintiff's application without prejudice and requiring him to file a long form application to proceed without prepayment of fees.

On September 21, 2018, Plaintiff filed a long form application to proceed without prepayment of fees. However, Plaintiff again failed to answer certain of the questions regarding

1

his income. Plaintiff is required to answer all questions on the form and the failure to do so will result in the recommendation that he be required to pay the filing fee in this action for failure to demonstrate that he is entitled to proceed without prepayment of fees in this action.

Accordingly, the Court will order Plaintiff to complete and file a second Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;
3. **Within twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
4. If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order.

IT IS SO ORDERED.

Dated: **September 26, 2018**

UNITED STATES MAGISTRATE JUDGE

2